# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATYRIA S. CLARK,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF BEVERLY HILLS, CALIFORNIA, et al.,<br><br>        Defendants. | Case No. CV 12-6498-VAP (JEM)<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND/OR FAILURE TO COMPLY WITH A COURT ORDER |

On August 3, 2012, Atyria S. Clark ("Plaintiff"), proceeding pro se, filed a civil rights complaint pursuant to 28 U.S.C. § 1983 ("Complaint").

On August 6, 2012, the Court issued an Initial Order Re: Civil Rights Case, in which Plaintiff was ordered to serve the summons and complaint on all named defendants promptly and to file two copies of the proof of service showing compliance within sixty days of filing the Complaint. Plaintiff was warned explicitly that "[n]on-compliance with this paragraph may result in issuance of an order to show cause re dismissal for failure to prosecute."

More than sixty days have passed since the filing of the Complaint and Plaintiff has failed to file proof of service of the summons and complaint.

1  Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this action should
2 not be dismissed for failure to prosecute and/or failure to comply with a Court order.
3  Plaintiff shall file a written response to this Order to Show Cause no later than
4 **October 17, 2012**. Plaintiff may respond by filing the required proof of service or by setting
5 forth compelling reasons why service has not been effectuated in a timely manner. The
6 Order to Show Cause will stand submitted upon the filing of Plaintiff's response. Plaintiff is
7 advised that failure to file a proof of service or other response to this Order to Show Cause
8 will result in the Court recommending that the case be dismissed for failure to prosecute
9 and/or failure to comply with a Court order.
10  **IT IS SO ORDERED**.

12 DATED: October 10, 2012     */s/ John E. McDermott*
                                JOHN E. MCDERMOTT
13                              UNITED STATES MAGISTRATE JUDGE