UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-6498-VAP (JEM) | Date | December 12, 2013 |
|---|---|---|---|
| Title | Atyria S. Clark v. City of Beverly Hills, et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** **(IN CHAMBERS) ORDER RE: JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE (Docket No. 43)**

The Court is in receipt of the parties' Joint Stipulation in Support of Dismissal of Entire Action, With Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), filed December 9, 2013. Pursuant to Rule 41(a)(1)(A)(ii), a plaintiff "may dismiss an action without a court order by filing . . . [¶] a stipulation of dismissal by all parties who have appeared." Accordingly, by the filing of the Stipulation, Plaintiff has dismissed the above-referenced matter with prejudice. See Fed. R. Civ. P. 41(a)(1)(A)(ii); Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) (Dismissal of an action pursuant to Rule 41(a)(1) is effective on filing and no court order is required.).

cc: Parties

                                                                                :

Initials of Preparer        sa